| Information to identify the case: | | |
|---|---|---|
| Debtor 1 | **Jacob Walter Jones**<br>First Name   Middle Name   Last Name | Social Security number or ITIN   **xxx–xx–4344**<br><br>EIN   _ _ – _ _ _ _ _ _ _ |
| Debtor 2<br>(Spouse, if filing) | **Stephanie Michelle Jones**<br>First Name   Middle Name   Last Name | Social Security number or ITIN   **xxx–xx–8610**<br><br>EIN   _ _ – _ _ _ _ _ _ _ |
| United States Bankruptcy Court   **Eastern District of Virginia** | | Date case filed for chapter **7   2/26/21** |
| Case number:   **21–30617–KRH** | | |

## Official Form 309A (For Individuals or Joint Debtors)
## Notice of Chapter 7 Bankruptcy Case –– No Proof of Claim Deadline      12/15

**For the debtors listed above, a case has been filed under chapter 7 of the Bankruptcy Code. An order for relief has been entered.**

**This notice has important information about the case for creditors, debtors, and trustees, including information about the meeting of creditors and deadlines. Read all pages carefully.**

The filing of the case imposed an automatic stay against most collection activities. This means that creditors generally may not take action to collect debts from the debtors or the debtors' property. For example, while the stay is in effect, creditors cannot sue, garnish wages, assert a deficiency, repossess property, or otherwise try to collect from the debtors. Creditors cannot demand repayment from debtors by mail, phone, or otherwise. Creditors who violate the stay can be required to pay actual and punitive damages and attorney's fees. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although debtors can ask the court to extend or impose a stay.

The debtors are seeking a discharge. Creditors who assert that the debtors are not entitled to a discharge of any debts or who want to have a particular debt excepted from discharge may be required to file a complaint in the bankruptcy clerk's office within the deadlines specified in this notice. (See line 9 for more information.)

To protect your rights, consult an attorney. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below or through PACER (Public Access to Court Electronic Records at  https://pacer.uscourts.gov).

**The staff of the bankruptcy clerk's office cannot give legal advice.**

**To help creditors correctly identify debtors, debtors submit full Social Security or Individual Taxpayer Identification Numbers, which may appear on a version of this notice. However, the full numbers must not appear on any document filed with the court.**

**Do not file this notice with any proof of claim or other filing in the case. Do not include more than the last four digits of a Social Security or Individual Taxpayer Identification Number in any document, including attachments, that you file with the court.**

| | | About Debtor 1: | About Debtor 2: |
|---|---|---|---|
| 1. | **Debtor's full name** | Jacob Walter Jones | Stephanie Michelle Jones |
| 2. | **All other names used in the last 8 years** | | |
| 3. | **Address** | 6147 Duncan Road<br>Apt C<br>North Dinwiddie, VA 23803 | 6147 Duncan Road<br>Apt C<br>North Dinwiddie, VA 23803 |
| 4. | **Debtor's attorney**<br>Name and address | James E. Kane<br>Kane & Papa, PC<br>1313 East Cary Street<br>P.O. Box 508<br>Richmond, VA 23218–0508 | Contact phone 804–225–9500<br>Email: jkane@kaneandpapa.com |
| 5. | **Bankruptcy trustee**<br>Name and address | Bruce E. Robinson<br>341 Dial 866–769–9218 Code: 7515089<br>P.O. Box 538<br>South Hill, VA 23970–0538 | Contact phone (434) 447–7922<br>Email:  bruce.robinsontr@gmail.com |

**For more information, see page 2 >**

Debtor **Jacob Walter Jones** and **Stephanie Michelle Jones**                                    Case number **21–30617–KRH**

| 6. | **Bankruptcy clerk's office** | 701 East Broad Street | **For the Court:** |
|---|---|---|---|
| | Documents in this case may be filed at this address. You may inspect all records filed in this case at this office or online at https://pacer.uscourts.gov. | Richmond, VA 23219 | Clerk of the Bankruptcy Court: William C. Redden |
| | | Hours open Monday – Friday, 9:00 AM – 4:00 PM ET, except on holidays. | Date: March 1, 2021 |
| | **McVCIS 24–hour case information:** | Contact phone 804–916–2400 | |
| | Toll Free 1–866–222–8029 | | |

| 7. | **Meeting of creditors** | **April 6, 2021 at 11:00 AM** | Location: |
|---|---|---|---|
| | Debtors must attend the meeting to be questioned under oath. In a joint case, both spouses must attend. Creditors may attend, but are not required to do so. | The meeting may be continued or adjourned to a later date. If so, the date will be on the court docket. | **For telephonic 341 creditors meeting, dial–in contact information see 341, notice, section 5. For updates, see, www.vaeb.uscourts.gov** |

| 8. | **Presumption of abuse** | The presumption of abuse does not arise. | |
|---|---|---|---|
| | If the presumption of abuse arises, you may have the right to file a motion to dismiss the case under 11 U.S.C. § 707(b). Debtors may rebut the presumption by showing special circumstances. | | |

| 9. | **Deadlines** | **File by the deadline to object to discharge or to challenge whether certain debts are dischargeable:** | **Filing deadline:  June 7, 2021** |
|---|---|---|---|
| | The bankruptcy clerk's office must receive these documents and any required filing fee by the following deadlines. | **You must file a complaint:**<br>• if you assert that the debtor is not entitled to receive a discharge of any debts under any of the subdivisions of 11 U.S.C. § 727(a)(2) through (7),<br>or<br><br>• if you want to have a debt excepted from dischargeunder 11 U.S.C § 523(a)(2),<br>(4), or (6).<br><br>**You must file a motion:**<br>• if you assert that the discharge should be denied under § 727(a)(8) or (9). | |
| | | **Deadline to object to exemptions:**<br>The law permits debtors to keep certain property as exempt. If you believe that the law does not authorize an exemption claimed, you may file an objection. | **Filing deadline:** 30 days after the *conclusion* of the meeting of creditors |

| 10. | **Proof of claim** | No property appears to be available to pay creditors. Therefore, please do not file a proof of claim now. If it later appears that assets are available to pay creditors, the clerk will send you another notice telling you that you may file a proof of claim and stating the deadline. |
|---|---|---|
| | Please do not file a proof of claim unless you receive a notice to do so. | |

| 11. | **Creditors with a foreign address** | If you are a creditor receiving a notice mailed to a foreign address, you may file a motion asking the court to extend the deadlines in this notice. Consult an attorney familiar with United States bankruptcy law if you have any questions about your rights in this case. |
|---|---|---|

**For more information, see page 3 >**

Debtor **Jacob Walter Jones** and **Stephanie Michelle Jones**                    Case number **21–30617–KRH**

| | |
|---|---|
| **12. Exempt property** | The law allows debtors to keep certain property as exempt. Fully exempt property will not be sold and distributed to creditors. Debtors must file a list of property claimed as exempt. You may inspect that list at the bankruptcy clerk's office or online at https://pacer.uscourts.gov. If you believe that the law does not authorize an exemption that the debtors claim, you may file an objection. The bankruptcy clerk's office must receive the objection by the deadline to object to exemptions in line 9. |
| **13. Local Rule Dismissal Warning** | Case may be dismissed for failure to timely file lists, schedules and statements, or to attend meeting of creditors. (Local Bankruptcy Rules 1007–1, 1007–3, and 2003–1.) Trustee may at the meeting give notice of intention to abandon property burdensome or of inconsequential value or intent to sell nonexempt property that has an aggregate gross value less than $2,500. Objections thereto must be filed pursuant to Local Bankruptcy Rules 6004–2 and 6007–1. |
| **14. Payment of Fees for Richmond Case and Adversary Filing and Miscellaneous Requests** | Exact Change Only accepted as of February 4, 2008, for payment of fees and services. Payment may be made by non–debtor's check, money order, cashier's check or a 'not to exceed check' made payable to Clerk, U.S. Bankruptcy Court, or any authorized non–debtor's credit card. |

*Electronic bankruptcy notices are delivered faster than the U.S. Mail if you have a PC with Internet connection or a Fax machine. For more information, go to bankruptcynotices.uscourts.gov or call, toll free: 877–837–3424. Case/docket information available on Internet @ www.vaeb.uscourts.gov*

**ATTENTION DEBTORS:** Receive your court notices and orders by email through the DeBN. Same–day delivery. Convenient Access. Free. For more information and to download the request form, go to www.vaeb.uscourts.gov and select the Debtor Electronic Bankruptcy Noticing link from the ATTENTION DEBTORS DeBN banner.

United States Bankruptcy Court

Eastern District of Virginia

In re:                                                                                                    Case No. 21-30617-KRH

Jacob Walter Jones                                                                          Chapter 7

Stephanie Michelle Jones

   Debtors

# CERTIFICATE OF NOTICE

District/off: 0422-7                          User: baumgartn                          Page 1 of 2

Date Rcvd: Mar 01, 2021                  Form ID: 309A                          Total Noticed: 21

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 03, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Jacob Walter Jones, Stephanie Michelle Jones, 6147 Duncan Road, Apt C, North Dinwiddie, VA 23803-7499 |
| 15591687 | + | AR Resources, Inc., Attn: Bankruptcy, Po Box 1056, Blue Bell, PA 19422-0287 |
| 15591688 | + | Bon Secours, P.O. Box 11302, Richmond, VA 23230-1302 |
| 15591694 | + | Midland Fund, Attn: Bankruptcy, 350 Camino De La Reine Ste 100, San Diego, CA 92108-3007 |
| 15591696 | + | Newsome Law Office, 324 S. Main Street, Emporia, VA 23847-2028 |
| 15591697 | + | Peroutka,Miller,Klima &Peters, 8028 Ritchie Highway, Ste 300, Pasadena, MD 21122-1360 |
| 15591701 | + | Rohoic Wood Apartments, 6101 Duncan Rd, Petersburg, VA 23803-7441 |
| 15591703 | + | Southside Regional, 200 Medical Park Blvd, Petersburg, VA 23805-9274 |

TOTAL: 8

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| aty | | Email/Text: jkane@kaneandpapa.com | Mar 02 2021 04:05:00 | James E. Kane, Kane & Papa, PC, 1313 East Cary Street, P.O. Box 508, Richmond, VA 23218-0508 |
| tr | | Email/Text: bruce.robinson@txitrustee.com | Mar 02 2021 04:06:00 | Bruce E. Robinson, 341 Dial 866-769-9218 Code: 7515089, P.O. Box 538, South Hill, VA 23970-0538 |
| 15591689 | + | EDI: CAPONEAUTO.COM | Mar 02 2021 05:03:00 | Capital One Auto Finance, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 15591690 | + | Email/PDF: HCABKNotifications@resurgent.com | Mar 02 2021 02:59:49 | Chippen JW Hospital, 7101 Jahnke Road, Richmond, VA 23225-4044 |
| 15591691 | | EDI: CITICORP.COM | Mar 02 2021 05:03:00 | Department Store National Bank/Macy's, Attn: Bankruptcy, 9111 Duke Boulevard, Mason, OH 45040-0000 |
| 15591692 | + | EDI: AMINFOFP.COM | Mar 02 2021 05:03:00 | First Premier Bank, Attn: Bankruptcy, Po Box 5524, Sioux Falls, SD 57117-5524 |
| 15591693 | + | Email/Text: PBNCNotifications@peritusservices.com | Mar 02 2021 04:06:00 | Kohls/Capital One, Attn: Credit Administrator, Po Box 3043, Milwaukee, WI 53201-3043 |
| 15591695 | + | Email/Text: mmrgbk@miramedrg.com | Mar 02 2021 04:08:00 | Miramed Revenue Group, Attn: Bankruptcy, 360 E. 22nd Street, Lombard, IL 60148-4924 |
| 15591698 | | Email/Text: IL_VA@mcmcg.com | Mar 02 2021 04:06:00 | Peter Heindel, Esquire, 6627 W. Broad St., Suite 200, Richmond, VA 23230-0000 |
| 15591699 | | Email/Text: colleen.atkinson@rmscollect.com | Mar 02 2021 04:09:00 | Receivable Management Inc, 7206 Hull Road, Suite 211, Richmond, VA 23235-0000 |
| 15591700 | + | Email/PDF: resurgentbknotifications@resurgent.com | Mar 02 2021 02:58:04 | Resurgent Capital Services, Attn: Bankruptcy, Po Box 10497, Greenville, SC 29603-0497 |
| 15591702 | + | EDI: SECONDROUND.COM | Mar 02 2021 05:03:00 | Second Round Sub, LLC, PO Box 41955, Austin, TX 78704-0033 |
| 15591704 | + | EDI: RMSC.COM | | |

District/off: 0422-7 | User: baumgartn | Page 2 of 2
Date Rcvd: Mar 01, 2021 | Form ID: 309A | Total Noticed: 21

Mar 02 2021 05:03:00   Synchrony Bank/Care Credit, Attn: Bankruptcy
Dept, Po Box 965064, Orlando, FL 32896-5064

TOTAL: 13

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 03, 2021                Signature:           /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 27, 2021 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Bruce E. Robinson | bruce.robinsontr@gmail.com  therese.rogerstra@gmail.com;ecf.alert+Robinson@titlexi.com |
| James E. Kane | on behalf of Joint Debtor Stephanie Michelle Jones jkane@kaneandpapa.com info@kaneandpapa.com,cdiez@kaneandpapa.com,rbrowne@kaneandpapa.com,awilson@kaneandpapa.com |
| James E. Kane | on behalf of Debtor Jacob Walter Jones jkane@kaneandpapa.com info@kaneandpapa.com,cdiez@kaneandpapa.com,rbrowne@kaneandpapa.com,awilson@kaneandpapa.com |
| John P. Fitzgerald, III | USTPRegion04.RH.ECF@usdoj.gov |

TOTAL: 4